Page 1 of  2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**TERRANCE RYAN, individually,**

    **Plaintiff,**

vs.        Case No. 3:08cv4/MCR

**WCI COMMUNITIES, INC.,**
a foreign profit corporation,
and
**CHICAGO TITLE INSURANCE COMPANY,**
a foreign profit corporation,

    **Defendants.**
_____/

**O R D E R**

By order dated June 23, 2008, the court granted the motion to dismiss filed by defendant WCI Communities, Inc.  At that time the court was not aware of the first amended complaint that had been filed as a matter of right pursuant to Fed.R.Civ.P. 15 by plaintiff Terrance Ryan (doc. 19) or defendant's motion to dismiss the amended complaint (doc. 20).  The amended pleading became the operative complaint this case upon its filing, thus rendering any ruling on the initial complaint ineffective.  The court therefore VACATES its June 23, 2008, order as improvidently entered.

The court shall address the motion to dismiss the amended complaint at a later date.  Given the circumstances described above, plaintiff shall be given until July 8, 2008, in which to file a response to defendant's motion.

 Defendant's initial motion to dismiss (doc. 9) shall be denied as moot.

Accordingly, it is ORDERED:

1. The court's June 23, 2008, order (doc. 21) is VACATED.

2. Defendant's amended motion to dismiss filed February 19, 2008 (doc. 9) is DENIED, as moot.

3. Plaintiff shall have until July 8, 2008, in which to file a response to defendant's motion to dismiss filed June 12, 2008 (doc. 20).

DONE and ORDERED this 1st day of July, 2008.

_s/ M. Casey Rodgers_
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**