UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**TERRANCE RYAN, individually,**

      **Plaintiff,**

vs.                                          Case No.:  3:08cv4/MCR

**WCI COMMUNITIES, INC.,**
a foreign profit corporation,
and
**CHICAGO TITLE INSURANCE COMPANY,**
a foreign profit corporation,

      **Defendants.**
_____/

## O R D E R

      The court issued an order July 1, 2008, prior to plaintiff's filing a request for clarification (doc. 22) and its notice of appeal (doc. 23).  The court's order was not, however, entered on the docket until after plaintiff's request and notice had been entered.

      To the extent that in its July 1 order the court explained the circumstances surrounding its June 23, 2008, granting of the motion to dismiss filed by defendant WCI Communities, Inc., plaintiff's request for clarification is granted.  Additionally, because the court has vacated the June 23, 2008, order as improvidently entered and stated its intention to address the motion to dismiss the amended complaint, it believes that plaintiff's appeal is moot and that, upon plaintiff's withdrawing the notice of appeal, it retains jurisdiction to consider the pending motion to dismiss.  If either party disputes the court's conclusions, they should immediately so advise.  Otherwise, as the court previously

instructed, plaintiff shall have until July 8, 2008, in which to file a response to defendant's motion.

Accordingly, it is ORDERED:

Plaintiff's request for clarification (doc. 22) is GRANTED, to the extent set forth above.

DONE and ORDERED this 2nd day of July, 2008.

_s/ M. Casey Rodgers_
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No.: 3:08cv4/MCR